JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B.L., INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; UTICA MUTUAL INSURANCE COMPANY; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV 13-3951 BRO (AGRx)<br><br>**JUDGMENT**<br><br>Judge:　Hon. Beverly Reid O'Connell<br>Ctrm:　14-Spring Street<br><br>Complaint Filed: June 3, 2013 |

DM1\4523409.8

JUDGMENT

CASE NO. 13-CV-03951-BRO(AGRx)

1  On May 19, 2014, oral argument was heard before this Court on the following motions: Defendant Great American Insurance Company's Motion for Summary Judgment ; Defendant Federal Insurance Company's  Motion for Summary Judgment; Defendant Utica Mutual Insurance Company's Motion for Summary Judgment (collectively "the Insurers" and "the Insurers' Motions") and Plaintiff  M.B.L. Inc.'s Partial Motion for Summary Adjudication.  The record reflects appearances of counsel.

The Insurers' Motions for Summary Judgment argued under Federal Rule of Civil Procedure 56 that there is no genuine issue as to any material fact and that the Insurers, and each one of them, are entitled to Judgment as a matter of law on all Plaintiff's claims.

After consideration of all of the pleadings and evidence submitted and after oral argument by counsel, and for the reasons set forth in the Court's order dated May 30, 2014 (Dkt. No. 160),

IT IS HEREBY ORDERED AND ADJUDGED that the Insurers' Motions are GRANTED and JUDGMENT IS ENTERED for the Insurers, and each one of them, pursuant to Federal Rule of Civil Procedure 56 as to all Plaintiff's claims.

IT IS HEREBY FURTHER ORDERED that for the same reasons, Plaintiff M.B.L. Inc.'s Partial Motion for Summary Adjudication  is DENIED.

As the prevailing parties, the Insurers may timely file their costs bills according to the FRCP 54 et seq.

**IT IS SO ORDERED.**

Dated:  June 10, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge